NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CHARMAYNE M. KIRKLAND,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

_____

2013-3075

_____

Petition for review of the Merit Systems Protection Board in No. CB7121120003-V-1.

_____

**ON MOTION**

_____

**O R D E R**

Charmayne M. Kirkland moves to dismiss her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

CHARMAYNE KIRKLAND V. DHS                                          2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

ISSUED AS A MANDATE:  July 31, 2013

s21